No. 82–5605.   McRorie v. Oshiro et al.   C. A. 9th Cir. Certiorari denied.

No. 82–5607.   Waters v. Duckworth, Warden, Indiana State Prison.   C. A. 7th Cir.   Certiorari denied.

No. 82–5622.   Lipscomb v. Stewart et al.   C. A. 11th Cir.   Certiorari denied.

No. 82–5640.   Ray v. United States.   C. A. 7th Cir. Certiorari denied.

No. 82–5655.   Stebbing v. Maryland.   Ct. Sp. App. Md.   Certiorari denied.

No. 82–5657.   Morrow v. Raines, Superintendent, Arizona State Prison, et al.   C. A. 9th Cir.   Certiorari denied.

No. 82–5664.   Legato v. United States.   C. A. 8th Cir.   Certiorari denied.

No. 82–5686.   Rush v. United States Department of Justice et al.   C. A. D. C. Cir.   Certiorari denied.

No. 82–5702.   Puckett v. United States.   C. A. 10th Cir.   Certiorari denied.

No. 82–5710.   Kirsch v. Internal Revenue Service et al.   C. A. 2d Cir.   Certiorari denied.

No. 82–5715.   May v. United States.   C. A. 4th Cir. Certiorari denied.

No. 82–5728.   Brown v. United States.   C. A. 9th Cir. Certiorari denied.

No. 81–982.   First National Bank of Boston (International) v. Banco Nacional de Cuba.   C. A. 2d Cir. Certiorari denied.   Justice White and Justice Powell would grant certiorari.